**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 12-cr-0048-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   **ROBERT REED**,
2.   **ANDREW BARTHOLOMEW**,
3.   **BENJAMIN BLOUNT**,
4.   **JOSHUA CARLOCK**,
5.   **NESHAWN FAULKNER**,
6.   **DELBERT GARDNER**,
7.   **DERRICK GREGORY**,
8.   **TAIRA HOLLIDAY**,
9.   **RICHARD REED**,
10.  **LIONEL ROBINSON**,
11.  **DERRICK RUTLEDGE**, and
12.  **CHARLTON VAUGHN**

    Defendants.

---

**ORDER VACATING DEADLINES AND SETTING STATUS CONFERENCE**

---

On March 13, 2012, the Court held a hearing on the Government's Motion for an Ends of Justice Continuance and Findings of Excludable Time on Grounds of Complexity Pursuant to 18 U.S.C. § 3161. (ECF No. 11.) For the reasons stated on the record, the Motion was GRANTED, and the Court has ordered that the time between yesterday's hearing and September 7, 2012 is excluded from the Speedy Trial Clock pursuant to 18 U.S.C. 3161(h)(7)(A). Accordingly, the Court ORDERS as follows:

1.    All deadlines set forth in the March 7, 2012 Order Setting Trial Date and Related Deadlines (Ecf No. 144) are VACATED, including the March 20, 2012 deadline

for pretrial motions, the April 6, 2012 Final Trial Preparation Conference, and the five week jury trial set to commence on April 16, 2012;

2. A status conference to discuss discovery and scheduling matters is set for **August 27, 2012 at 10:00 a.m.** in Courtroom A801.  Each attorney is expected to attend unless prior permission is sought in accordance with the Court's Order on Procedures.

Dated this 14th day of March, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge
