**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 12-cr-0048-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     **ROBERT REED**,

    Defendant.

_____

**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO DEFENDANT ROBERT REED**
_____

This matter comes before the Court on the Government's Motion to Dismiss Indictment As To Defendant Robert Reed, filed April 9, 2014 (ECF No. 740).  The Court having considered the Government's Motion and the record, hereby ORDERS as follows:

The Motion to Dismiss the Indictment is hereby GRANTED.  Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Indictment in the above-captioned matter as to Defendant Robert Reed is hereby DISMISSED.

Dated this 9th day of April, 2014.

                                                        BY THE COURT:

                                                        _____
                                                        William J. Martínez
                                                        United States District Judge